1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIE RODNEY, an individual,<br><br>                Plaintiff,<br><br>  vs.<br><br>PENNYMAC LOAN SERVICES, LLC, a Delaware limited liability company,<br><br>                Defendant. | Case No. 2:15-cv-05548-R-JPR<br><br>**JUDGMENT OF DISMISSAL WITH PREJUDICE**<br><br>Judge:    Manuel L. Real |

136044.01360/101734261v.1

**JUDGMENT OF DISMISSAL WITH PREJUDICE**

On November 17, 2015, the Court issued an Order granting the Motion to Dismiss (Dkt. No. 18), filed by defendant PennyMac Loan Services, LLC ("PennyMac"), and dismissing all claims for relief in plaintiff Marie Rodney's ("Plaintiff") complaint ("Complaint") with prejudice. Accordingly:

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:**

1. The Complaint is dismissed with prejudice;
2. Judgment is entered in favor of PennyMac, and against Plaintiff;
3. Plaintiff shall take and recover nothing in this action against PennyMac.

DATED: _December 1, 2015
_____

By: _____
HON. MANUEL L. REAL
United States District Judge